**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**BOBBY L. SUTHERLAND, et al**                                      **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 2:05CV199-P-A**

**ROBINSON PROPERTY GROUP,**
**LIMITED PARTNERSHIP, A**
**MISSISSIPPI LIMITED PARTNERSHIP**                                **DEFENDANTS**

**ORDER**

This cause is before the Court on the defendant's Motion to Dismiss [27]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks dismissal based on plaintiff's failure to comply with the Court's July 19, 2006 Order requiring that plaintiff obtain substitute counsel or notify the Court of her intent to proceed pro se no later than August 18, 2006.[1] Plaintiff has not filed any response to the instant motion. Accordingly, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Dismiss [27] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE for failure to comply with this Court's Order dated July 19, 2006.

SO ORDERED, this the 13th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In point of fact, this is the second such motion filed by defendant. The Court's July 19, 2006 Order denied the requested relief and granted the plaintiff additional time to obtain substitute counsel and/or to apprise the Court of her intent to proceed pro se.